AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:18 - mj - 40 | Date and time warrant executed: <br> 02-09-2018 @ ~ 1:45pm | Copy of warrant and inventory left with: <br> ND BCI |
| Inventory made in the presence of: <br> SA Brian Vanoosbree |||
| Inventory of the property taken and name of any person(s) seized: <br><br> No Items of Evidentiary Value were discovered And/or Seized |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-2-2018

_____
*Executing officer's signature*

Kwana Holloway / FBI SA
*Printed name and title*